# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Leif Haslag, Appellant vs. United States of America, Appellee

**The Clerk will enter my appearance as Counsel in Appeal No.** 23-2803 for the following party(s): (please specify)

Leif Haslag

[✓] Appellant(s)  [ ] Petitioner(s)  [ ] Appellee(s)  [ ] Respondent(s)  [ ] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Jonathan Sternberg    s/: Jonathan Sternberg

Firm Name: Jonathan Sternberg, Attorney, P.C.

Business Address: 2323 Grand Boulevard, Suite 1100

City/State/Zip: Kansas City, Missouri 64108

Telephone Number (Area Code): (816) 292-7020

Email Address: jonathan@sternberg-law.com

## CERTIFICATE OF SERVICE

[✓] I hereby certify that on 08/08/2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: